RENE L. VALLADARES
Federal Public Defender
District of Nevada
State Bar No. 11479
PAUL RIDDLE
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
QUINN MCGEE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>QUINN MCGEE,<br><br>　　　　　Defendant. | **Case No.: 2:14-CR-322-RFB-CWH**<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and PAUL RIDDLE, Assistant Federal Public Defender, counsel for QUINN MCGEE, that the calendar call currently scheduled for Tuesday, January 20, 2015 at 1:30 p.m., and the trial currently scheduled for Tuesday, January 27, 2015 at 9:30 a.m., be vacated and set to a date and time convenient to this court but no longer than thirty (30) days.

　　　IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including February 5, 2015, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notices of defense.

　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including February 19, 2015, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

1

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including February 26, 2015, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, the parties have reached a proposed resolution. Additional time is needed to reduce the proposal to writing, present it to the defendant and for the defendant to review thoroughly before deciding if he wishes to enter into the agreement or proceed to trial.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete the negotiations process or to research, prepare and submit appropriate pretrial motions.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the Second stipulation to continue filed herein.

DATED: January 14, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: / s/ Paul Riddle<br>  PAUL RIDDLE,<br>  Assistant Federal Public Defender | By:  /s/ Alexandra M. Michael<br>  ALEXANDRA M. MICHAEL,<br>  ssistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINN MCGEE ,<br><br>Defendant. | Case No.: **2:14-CR-322-RFB-CWH**<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, the parties have reached a proposed resolution. Additional time is needed to reduce the proposal to writing, present it to the defendant and for the defendant to review thoroughly before deciding if he wishes to enter into the agreement or proceed to trial.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete the negotiations process or to research, prepare and submit appropriate pretrial motions.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the Second stipulation to continue filed herein.

1  For all of the above-stated reasons, the ends of justice would best be served by a continuance
2  of the motion and trial dates.

### CONCLUSIONS OF LAW

4  The ends of justice served by granting said continuance outweigh the best interest
5  of the public and the defendant in a speedy trial, since the failure to grant said continuance would
6  be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the
7  opportunity within which to be able to effectively and thoroughly prepare for trial, taking into
8  account the exercise of due diligence.

9  The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United
10  States Code, §§ 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, § 3161 (h)(7)(A),
11  when considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B) and
12  3161(h)(7)(B)(iv).

### ORDER

14  IT IS THEREFORE ORDERED, that the parties herein shall have to and including
15  ~~February 5, 2015~~ **January 30, 2015**, by the hour of 4:00 p.m., within which to file any and all pretrial motions and
16  notices of defense.

17  IT IS FURTHER ORDERED, by and between the parties, that they shall have to and
18  including ~~February 19, 2015~~ **February 6, 2015**, by the hour of 4:00 p.m., within which to file any and all responsive
19  pleadings.

20  IT IS FURTHER ORDERED, by and between the parties, that they shall have to and
21  including ~~February 26, 2015~~ **February 10, 2015**, by the hour of 4:00 p.m., within which to file any and all replies to
22  dispositive motions.

23  IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed
24  jury instructions, and a list of the Government's prospective witnesses must be submitted to the
25  Court by the __26th__ day of __February__, 20__15__, by the hour of 4:00 p.m.
26  ///
27
28

4

IT IS FURTHER ORDERED that the calendar call currently scheduled for Tuesday, January 20, 2015 at 1:30 p.m., be vacated and continued to **Tuesday, March 3, 2015** at the hour of **1:30 p.m.**; and the trial currently scheduled for Tuesday, January 27, 2015 at 9:30 a.m., be vacated and continued to **Tuesday, March 10, 2015** at the hour of **9:30 a.m.**

DATED **20th** day of **January**, 2015.

**RICHARD F. BOULWARE, II**
**United States District Judge**