# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>QUINN McGEE,<br><br>        Defendant. | 2:14-cr-00322-RFB-CWH<br>Case No. ~~2:14-cr-00422-RFB-CWH~~<br><br>ORDER FOR THE ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR QUINN McGEE, #01945651 |

   IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **QUINN McGEE, #0194565**, before the United States District Court at Las Vegas, Nevada, on or about Wednesday, October 21, 2015, at the hour of 10:00 a.m. for a hearing and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

   DATED this 15th day of October, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 3 -